BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARKIS VARPETYAN, et. al.,<br><br>Defendant. | CASE NO. 2:12-CR-00163 TLN<br><br>STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCING<br><br>DATE: MARCH 13, 2014<br>TIME: 9:30 A.M.<br>JUDGE: TROY L. NUNLEY |
|---|---|

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Sarkis Varpetyan, by and through his counsel of record, hereby stipulate that the imposition of judgment and sentencing in the matter presently set for March 13, 2014, at 9:30 a.m. may be vacated and the matter continued to June 19, 2014, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

Mr. Varpetyan's plea agreement with the government contains a cooperation provision and the government is not able to adequately assess the degree of Mr. Varpetyan's cooperation until the charges against others have been tried or otherwise disposed of. For that reason, the parties have stipulated that the current date for imposition of judgment and sentencing may be vacated and the matter continued to June 19, 2014, at 9:30 a.m. for a status conference regarding a new date for imposition of judgment and sentencing and the setting of a new schedule of disclosures for the pre-sentencing report.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: March 10, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Lee S. Bickley*<br>LEE S. BICKLEY<br>Assistant United States Attorney<br><br>For the UNITED STATES OF AMERICA |
| DATED: March 10, 2014 | */s/ Lee S. Bickley for*<br>JOSEPH WELCH<br><br>For defendant SARKIS VARPETYAN |

**O R D E R**

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the imposition of judgment and sentencing in this matter currently scheduled for 9:30 a.m. on March 13, 2014, is vacated and the matter is continued to June 19, 2014, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

Dated: March 12, 2014

Troy L. Nunley
United States District Judge