JOSEPH A. WELCH, ESQ. STATE BAR NO. 119312
Law Offices of
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone:  (916) 444-5203
Telecopier:  (916) 444-8702

Attorney for Defendant, SARKIS VARPETYAN

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:12-cr-00163-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING JUDGMENT &** |
| vs. | ) | **SENTENCING DATE** |
| | ) | |
| SARKIS VARPETYAN, | ) | DATE:  NOVEMBER 19, 2015 |
| | ) | TIME:  9:30 A.M. |
| Defendant. | ) | JUDGE: TROY L. NUNLEY |
| | ) | |

Defendant, SARKIS VARPETYAN, by and through his attorney, Joseph A. Welch, and Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney, Heiko Coppola, hereby stipulate as follows:

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Sarkis Varpetyan, by and through his counsel of record, hereby stipulate that the judgment and sentencing in the matter presently set for July 30, 2015, at 9:30 a.m. may be continued to November 19, 2015, at 9:30 a.m. for a judgment and sentencing.

The parties have stipulated that the current date for the imposition of judgment and sentencing may be continued to November 19, 2015, at 9:30 a.m.

Proposed Presentence Report                                                        completed

| | |
|---|---|
| Counsel's written objections to the Presentence Report | October 22, 2015 |
| Presentence Report shall be filed with the Court | October 29, 2015 |
| Motion for Correction of the Presentence Report | November 5, 2015 |
| Reply, or Statement of Non-Opposition | November 12, 2015 |
| Judgment and Sentencing Date | November 19, 2015 |

**IT IS SO STIPULATED.**

DATED:  July 9, 2015        /s/  Heiko Coppola
                            HEIKO COPPOLA
                            Assistant United States Attorney


DATED:  July 9, 2015        /s/  Joseph A. Welch
                            JOSEPH A. WELCH
                            Attorney for Defendant, SARKIS VARPETYAN


**IT IS SO ORDERED.**

DATED:  July 10, 2015

                            Troy L. Nunley
                            United States District Judge

---

**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE**
-2-