1  PHILLIP A. TALBERT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00163 TLN |
   |---|---|
12 | Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
13 | v. | |
14 | SARKIS VARPETYAN, | |
15 | Defendant. | |

16

17     Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18 Request to Seal, IT IS HEREBY ORDERED that the government's motion and memorandum moving

19 for a departure under USSG 5K1.1 pertaining to defendant Sarkis Varpetyan and Government's Request

20 to Seal shall be SEALED until further order of this Court.

21     It is further ordered that access to the sealed documents shall be limited to the government and

22 counsel for the defendant.

23     The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for

24 the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the

25 Government's request, sealing the Government's motion and memorandum pursuant to U.S.S.G 5K1.1

26 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests

27 identified by the Government would be harmed. In light of the public filing of its request to seal, the Court

28 further finds that there are no additional alternatives to sealing the Government's motion pursuant to U.S.S.G

5K1.1 that would adequately protect the compelling interests identified by the Government.

Dated: December 8, 2017

Troy L. Nunley
United States District Judge