1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-000163 TLN |
|---|---|
| Plaintiff, | ORDER AMENDING RESTITUTION ORDER |
| v. | |
| SARKIS VARPETYAN, | |
| Defendant. | |

Having considered the stipulation of the parties in the above-entitled matter, it is hereby ordered:

1. Sarkis Varpetyan shall pay restitution to the victims in the above-entitled case in the amount of $808,238.00;

2. Payment of restitution shall not be joint and several with Sergey Shchirskiy.

Dated: 2/12/2018

_____
Troy L. Nunley
United States District Judge

ORDER AMENDING RESTITUTION ORDER  1